**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**


COMMONWEALTH OF PENNSYLVANIA,  :  No. 141 MM 2019

          Respondent  :

          v.  :

JARROD CRAIG LAWSON,  :

          Petitioner  :


## ORDER


**PER CURIAM**

    **AND NOW**, this 6th day of January, 2020, the Application for Leave to File Original Process is GRANTED, and the Petition for Writ of Habeas Corpus is DENIED.